Opinion issued December 30, 2010

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00443-CV

———————————

ROBERT B.
TAYLOR AND R.B.T. INVESTMENTS, INC. F/K/A GULF OXYGEN COMPANY, INC., Appellants

V.

CECIL O. JOINER, INSURANCE ASSOCIATES
OF TEXAS AND JOSEPH MICHAEL SAPP, INDIVIDUALLY AND D/B/A INSURANCE SERVICES,
Appellees



 



 

On Appeal from the 190th District Court 

Harris County, Texas



Trial Court Cause No. 2008-08861B

 



MEMORANDUM OPINION

Appellants have filed a motion to dismiss the
appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P.
42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Jennings, Alcala and Sharp.